# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>    Plaintiff,<br><br>PLANO CHAMBER OF COMMERCE *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF LABOR *et al.*,<br><br>    Defendants. | Case No. 4:24-cv-499-SDJ<br>(Lead Case)<br><br>Case No. 4:24-cv-468-SDJ |

## NOTICE OF APPEAL

Please take notice that all Defendants hereby appeal to the U.S. Court of Appeals for the Fifth Circuit from this Court's Final Judgment, ECF No. 77, entered in this action on November 15, 2024, as well as all prior orders and decisions that merge into the judgment, including the Court's November 15, 2024, Memorandum Opinion and Order, ECF No. 76.

November 26, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Director, Federal Programs Branch

*/s/ Christine L. Coogle*
Christine L. Coogle
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
202-880-0282
christine.l.coogle@usdoj.gov

*Counsel for Defendants*