

## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

Cory A. Scanlon  
Assistant Solicitor General

(512) 936-1700  
Cory.Scanlon@oag.texas.gov

January 3, 2025

**Via Electronic Filing**

Mr. Lyle W. Cayce, Clerk  
U.S. Court of Appeals for the Fifth Circuit

    **Re:**  *State of Texas v. Department of Labor*, No. 24-40777

Dear Mr. Cayce:

    Mr. Scanlon, lead counsel for Appellee the State of Texas, will be out of the country from March 21-31, 2025. He therefore respectfully requests that oral argument in this case not be set during that time.

                                      Respectfully submitted.

                                      /s/ Cory A. Scanlon

                                      Cory A. Scanlon  
                                      Assistant Solicitor General  
                                      *Counsel for State of Texas*

cc: All counsel of record (via electronic service)