

**U.S. Department of Justice**
Civil Division
950 Pennsylvania Ave. NW, Rm. 7243
Washington, DC 20530

Tel.: (202) 353-8189

VIA CM/ECF

January 22, 2025

Lyle W. Cayce, Clerk
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3408

    Re:    *Texas v. Department of Labor*, No. 24-40777 (5th Cir.)

Dear Mr. Cayce,

    The government respectfully requests a 30-day extension of time, from February 5, 2025, to March 7, 2025, to file its opening brief in this case. An extension is chiefly warranted because of the press of other business. Among other obligations, I will be traveling and presenting oral argument on behalf of the federal government in *McCoy v. ATF*, No. 23-2085 (4th Cir.) and *Brown v. ATF*, No. 23-2275 (4th Cir.), on January 30, 2025. I will also be traveling and presenting oral argument on behalf of the federal government in *Texas v. McHenry*, No. 24-10386 (5th Cir.), on February 25, 2025. The requested extension will ensure adequate time to prepare and file the opening brief in this case and to ensure adequate time to coordinate review with the agency and interested components of the Department of Justice.

    Counsel for appellees have stated that appellees do not oppose this request.

    Sincerely,

    Michael S. Raab
    /s/ Courtney L. Dixon
    Courtney L. Dixon
    Attorneys, Appellate Staff
    Civil Division

cc:    all counsel (by CM/ECF)