IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF TEXAS, ET AL.<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR; VINCE MICONE, in his official capacity Acting U.S. Secretary of Labor; PATRICIA DAVIDSON, Deputy Administrator of the U.S. Department of Labor's Wage and Hour Division; and U.S. DEPARTMENT OF LABOR, WAGE AND HOUR DIVISION,<br><br>Defendants-Appellants. | No. 24-40777 |

**UNOPPOSED MOTION FOR A 60-DAY EXTENSION OF TIME TO FILE OPENING BRIEF**

Defendants-Appellants United States Department of Labor, *et al.*, respectfully move for a 60-day extension of time, to and including May 6, 2025, to file their opening brief in this case. This motion is unopposed.

**1.** This appeal involves a challenge to a rule issued by the Department of Labor that defines and delimits a Fair Labor Standards Act exemption for workers employed in a "bona fide executive, administrative, or professional capacity." 29 U.S.C. § 213(a)(1); *see* 89 Fed. Reg. 32,842 (Apr. 26, 2024). Under this Court's December 27, 2024, scheduling order, defendants' opening brief was originally due February 5, 2025. This Court granted defendants' motion for a 30-day extension of

time to file the opening brief, and the opening brief is currently due, as extended, on March 7, 2025.

**2.** Due to the recent change in administration on January 20, 2025, the Department of Labor does not yet have any Senate-confirmed leadership in place. To provide new leadership with sufficient time as they onboard to familiarize themselves with the issues in this case and determine how they wish to proceed here and in related litigation challenging the rule, the government respectfully seeks a 60-day extension, to and including May 6, 2025, to file its opening brief in this case. The requested extension will conserve judicial resources and promote the efficient and orderly disposition of this appeal, including by ensuring that any briefing or arguments presented to this Court will reflect the views of agency leadership.

**3.** Counsel for the appellees has represented that they do not oppose to this request.

## CONCLUSION

For the foregoing reasons, the government respectfully requests a 60-day extension of time, to and including May 6, 2025, to file a response brief.

Respectfully submitted,

MICHAEL S. RAAB

 /s/ Courtney L. Dixon 
COURTNEY L. DIXON
(202) 353-8189
  *Attorneys, Appellate Staff*
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave. N.W.
  Washington, D.C. 20530

FEBRUARY 2025

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 297 words.

/s/ Courtney L. Dixon
COURTNEY L. DIXON

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2025, I electronically filed the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system.

I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system

 **/s/ Courtney L. Dixon**
COURTNEY L. DIXON
