

**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

Cory A. Scanlon
Assistant Solicitor General

(512) 936-1700
Cory.Scanlon@oag.texas.gov

April 7, 2025

**Via Electronic Filing**

Mr. Lyle W. Cayce, Clerk
U.S. Court of Appeals for the Fifth Circuit

    **Re:**  *State of Texas v. Department of Labor*, No. 24-40777

Dear Mr. Cayce:

  Mr. Scanlon, lead counsel for Appellee the State of Texas, will be out of the country from June 18-23, 2025. He therefore respectfully requests that oral argument in this case not be set during that time.

                                     Respectfully submitted.

                                     /s/ Cory A. Scanlon

                                   Cory A. Scanlon
                                   Assistant Solicitor General
                                   *Counsel for State of Texas*

cc: All counsel of record (via electronic service)