IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF TEXAS, ET AL.<br><br>　　Plaintiffs-Appellees,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR; LORI CHAVEZ DEREMER, in her official capacity as U.S. Secretary of Labor; DONALD M. HARRISON, III, in his official capacity as Acting Administrator of the U.S. Department of Labor's Wage and Hour Division; and U.S. DEPARTMENT OF LABOR, WAGE AND HOUR DIVISION,<br><br>　　Defendants-Appellants. | No. 24-40777 |

## DEFENDANTS' STATUS REPORT

On April 29, 2025, this Court granted in part defendants-appellants' motion to hold this case in abeyance pending the conclusion of the agency's review of the challenged rule, granting abeyance for a period of 120 days. On August 29, 2025, defendants filed a status report and requested that the abeyance period be extended for an additional 60 days. Defendants filed the last status report on September 29, 2025, explaining that the agency has reconsidered the challenged rule and determined that it will undertake further regulatory action in conformity with that reconsideration.

At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the

Department lapsed. The same is true for several other Executive agencies, including the Department of Labor. The Department does not know when funding will be restored by Congress.

Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

Defendants will provide a further status update to the Court following the restoration of appropriations.

                                      Respectfully submitted,

                                      MICHAEL S. RAAB
                                      **/s/ Courtney L. Dixon**
                                      COURTNEY L. DIXON
                                      (202) 353-8189
                                        *Attorneys, Appellate Staff*
                                        Civil Division
                                        U.S. Department of Justice
                                        950 Pennsylvania Ave. N.W.
                                        Washington, D.C. 20530

OCTOBER 2025

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 203 words.

                                                **/s/ Courtney L. Dixon**
                                                COURTNEY L. DIXON

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2025, I electronically filed the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system.

I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system

        **/s/ Courtney L. Dixon**
        COURTNEY L. DIXON