IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

STATE OF TEXAS, ET AL.

      Plaintiffs-Appellees,

V.

UNITED STATES DEPARTMENT OF LABOR, ET AL.,

      Defendants-Appellants.

No. 24-40777

## DEFENDANTS' STATUS REPORT

On April 29, 2025, this Court granted in part defendants-appellants' motion to hold this case in abeyance pending the conclusion of the agency's review of the challenged rule. On March 10, 2026, this Court granted defendants' motion to hold this case in abeyance for an additional period of 60 days, with a status report to be provided after 30 days. Defendants hereby provide this status report.

**1.** The Department of Labor has almost completed its decision-making process. Before the next status report is due on May 6, 2026, the Department will make a final decision upon a course of action and the effect of that chosen course of action on this appeal.

**2.** Defendants will provide a further status update to the Court within thirty days, on or before May 6, 2026.

Respectfully submitted,

MICHAEL S. RAAB
/s/ *McKaye L. Neumeister*
McKAYE L. NEUMEISTER
(202) 514-8100
*Attorneys, Appellate Staff*
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave. N.W.
Washington, D.C. 20530

APRIL 2026

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 135 words.

/s/ *McKaye L. Neumeister*
MCKAYE L. NEUMEISTER

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2026, I electronically filed the foregoing status report with the Clerk of the Court by using the appellate CM/ECF system.

I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system

/s/ *McKaye L. Neumeister*
McKAYE L. NEUMEISTER