IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

STATE OF TEXAS, ET AL.

      Plaintiffs-Appellees,

V.

UNITED STATES DEPARTMENT OF LABOR, ET
AL.,

      Defendants-Appellants.

No. 24-40777

## JOINT STIPULATION TO DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the parties hereby stipulate to dismiss this appeal, with each party to bear its own costs.

May 5, 2026

Respectfully submitted,

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

William R. Peterson
Solicitor General

/s/ Cory A. Scanlon
Cory A. Scanlon
Assistant Solicitor General
State Bar No. 24104599
Cory.Scanlon@oag.texas.gov

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700

*Counsel for the State of Texas*

*/s/ Maurice Baskin*
Maurice Baskin
Littler Mendelson, P.C.
Suite 400, 815 Connecticut Ave., N.W.
Washington, D.C. 20006
Tel: 202-772-2526
mbaskin@littler.com
Robert Francois Friedman
Littler Mendelson, P.C.
2001 Ross Ave.
Dallas, TX 75201-2931
*Counsel for Business Appellees*

THOMAS PULHAM
 **/s/** *McKaye L. Neumeister*
MCKAYE L. NEUMEISTER
(202) 514-8100
  *Attorneys, Appellate Staff*
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave. N.W.*
  *Washington, D.C. 20530*
  *(202) 514-8100*

*Counsel for Defendants-Appellants*

2

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this filing complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 29 words, according to the count of Microsoft Word.

/s/ *McKaye L. Neumeister*
McKAYE L. NEUMEISTER

# CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2026, I electronically filed the foregoing status report with the Clerk of the Court by using the appellate CM/ECF system.

I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system

/s/ *McKaye L. Neumeister*
McKAYE L. NEUMEISTER